# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES KUNIYOSHI,<br><br>    Plaintiff,<br>vs.<br>TOYOTA MOTOR SALES, USA, INC., et al.,<br><br>    Defendants. | CASE NO. 10cv1681 BEN (WMC)<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS** |

Plaintiff Charles Kuniyoshi moves to voluntarily dismiss this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2). (Dkt. No. 12.) Plaintiff focuses on dismissal of his federal claims brought under the Magnuson-Moss Warranty Act, 15 U.S.C. §§ 2301 and 2310, but requests the Court dismiss the entire action without prejudice. Defendants oppose dismissal *without* prejudice unless Plaintiff pays Defendants' costs.

Under Rule 41(a)(2), an action may be voluntarily dismissed at a plaintiff's request "on terms that the court considers proper." FED. R. CIV. P. 41(a)(2). Defendants seek, as a condition of dismissal without prejudice, $2,295 in costs that Defendants might incur if Plaintiff files an action in state court on his state law claims. Defendants have not incurred these costs and may never incur them.

Defendants have not demonstrated that the identified costs are an appropriate condition of dismissal and dismissal *with* prejudice is not appropriate because the Court has not reached the merits of Plaintiff's claims. Accordingly, the Court dismisses this action without prejudice.

**IT IS SO ORDERED.**

DATED: May 9, 2011

Hon. Roger T. Benitez
United States District Judge