# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

Charles Kuniyoshi

V.

Toyota Motor Sales, USA, Inc.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:   10cv1681-BEN (WMC)

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the Plaintiff's Motion to Voluntarily Dismiss without prejudice is granted . Defendants have not demonstrated that the identified costs are an appropriate condition of dismissal and dismissal with prejudice is not appropriate because the Court has not reached the merits of Plaintiff's claims. Accordingly, the Court dismisses this action without prejudice.

| May 10, 2011 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

s/ K. Hammerly
(By) Deputy Clerk

ENTERED ON May 10, 2011

10cv1681-BEN (WMC)